*J. Meyberg* and *Rupert B. Turnbull* for Heiser. *Mr. H. A. Ledbetter* for Woodruff et al. Reported below: 150 F. 2d 867.

No. 562. YOON *v.* TERRITORY OF HAWAII. December 17, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. O. P. Soares* for petitioner.

No. 595. SHELTON *v.* UNITED STATES. December 17, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John Y. Brown* for petitioner. *Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 596. BODE ET AL. *v.* UNITED STATES. December 17, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Francis Heisler* and *Charles Liebman* for petitioners. *Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

Nos. 638 and 639. GODFREY ET AL. *v.* POWELL ET AL., RECEIVERS, ET AL. December 17, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Giles J. Patterson* for petitioners. *Messrs. Francis P. Fleming, W. R. C. Cocke* and *Harold J. Gallagher* for Legh R. Powell, Jr. et al., and *Messrs. William H. Rogers, Leonard D. Adkins* and *James B. McDonough, Jr.* for the Seaboard Air Line Railroad Co., respondents.